**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6763**

─────────────

TERRY ARNELL MORTON,

                              Petitioner - Appellant,

          versus

ERNEST SUTTON, Superintendent of Pasquotant
Correctional Institution,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge. (CA-01-1084)

─────────────

Submitted:  August 29, 2002      Decided:  September 5, 2002

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Terry Arnell Morton, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Arnell Morton appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See Morton v. Sutton</u>, No. CA-01-1084 (M.D.N.C. May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>